**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>Petitioners,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Civil Action No. 18-1371 (CRC) |

**REQUEST FOR AN ENTRY OF DEFAULT AGAINST
RESPONDENT THE BOLIVARIAN REPUBLIC OF VENEZUELA**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda, by and through their attorneys, Freshfields Bruckhaus Deringer US LLP, respectfully request that the Clerk of the Court enter a default against Respondent the Bolivarian Republic of Venezuela ("Venezuela").  On June 8, 2018, Petitioners filed this action seeking recognition of an arbitration award pursuant to 22 U.S.C. § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, Mar. 18, 1965, 17 U.S.T. 1270, 575 U.N.T.S. 159.  *See* Petition to Confirm Arbitration Award, ECF No. 1.  On July 26, 2019, Venezuela was served pursuant to 28 U.S.C. § 1608(a)(4).  *See* Return of Service, ECF No. 9.  Under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(d), Venezuela had until September 24, 2019 to serve its answer or other responsive pleading.  Venezuela failed to do so.  Further, Venezuela has made no appearance in this case, has not filed any pleadings or served any pleadings upon Petitioners or their counsel, and has not received any extension of time to file any pleadings.  Venezuela is neither an infant nor an incompetent person.  A default should therefore be entered

against Venezuela, and Petitioners respectfully request that the Clerk enter a default.  *See* Fed. R. Civ. P. 55(a).

Dated: October 29, 2019
       New York, New York

                                      Respectfully submitted,
                                      By:      /s/ Elliot Friedman

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
David Y. Livshiz (D.C. Bar No. NY0269)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:    212-277-4000
Fax:   212-277-4001
*elliot.friedman@freshfields.com*
*david.livshiz@freshfields.com*

*Attorneys for Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda*