# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>Petitioners,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Civil Action No. 18-1371 (CRC) |

## RESPONSE TO ORDER TO SHOW CAUSE

1. Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda respectfully submit this Response to the Court's Order to Show Cause, dated October 16, 2019, which directed Petitioners to address why the present action should not be dismissed for lack of prosecution.

2. Petitioners filed a Petition to Recognize and Enforce an ICSID Arbitration Award on June 8, 2018 (the "Petition"). The Petition seeks the recognition of an arbitral award and the enforcement of the pecuniary obligations imposed by that arbitral award.

3. Because Respondent the Bolivarian Republic of Venezuela ("Venezuela") is a "foreign sovereign" under the Foreign Sovereign Immunities Act, the Petition must be served pursuant to 28 U.S.C. § 1608(a). After exhausting all other available service options, service on Venezuela was accomplished via 28 U.S.C. § 1608(a)(4) on July 26, 2019. *See* Return of Service, ECF No. 9.

4. As a result of that service, Venezuela's answer to Petitioners' Petition was due on September 24, 2019. *See* 28 U.S.C. § 1608(d). Venezuela has failed to answer or otherwise

respond. Conscious of the measure of deference often afforded to sovereigns in this District, Petitioners did not immediately seek an entry of default. However, given that over one month has now passed since the answer deadline, Petitioners have now requested that the Clerk of the Court enter a default against Venezuela. *See* Fed. R. Civ. P. 55(a); Petitioners' Request for Clerk to Enter Default, ECF No. 11.

5. Petitioners therefore respectfully submit that this case should not be dismissed for lack of prosecution.

Dated: October 29, 2019
New York, New York

Respectfully submitted,
By: _____/s/ Elliot Friedman_____

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
David Y. Livshiz (D.C. Bar No. NY0269)

601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:   212-277-4000
Fax:   212-277-4001
*elliot.friedman@freshfields.com*
*david.livshiz@freshfields.com*

*Attorneys for Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda*