UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TENARIS S.A., TALTA-TRADING
E MARKETING SOCIEDADE UNIPESSOAL LDA,

           *Petitioners*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

           *Respondent*.

Case No. 1:18-cv-1371-CRC

## RESPONSE TO PROPOSED JUDGMENT

Pursuant to the Court's Order, dated June 17, 2020 (D.E. 25), Respondent Bolivarian Republic of Venezuela hereby files its response to the proposed judgment (the "Proposed Judgment") (D.E. 27-1) filed by Petitioners Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA on July 1, 2020.  The Proposed Judgment provides for post-award interest to accrue beyond the date of this Court's ruling on June 17, 2020, which explicitly stated that "§ 1961's rate shall apply to the accumulation of interest from the date of this ruling."  (D.E. 26 at ECF 5).  Thus, consistent with the Court's ruling, the judgment should provide for post-*award* interest of $81,910,857.23 and for post-*judgment* interest to accrue at the federal statutory rate under 28 U.S.C. § 1961 from the date of the Court's ruling – June 17, 2020.

Dated:    Washington, D.C.
           July 14, 2020

Respectfully submitted.

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP

By:   Joseph D. Pizzurro
Joseph D. Pizzurro
(D.C. Bar No. 468922)
Kevin A. Meehan
(D.C. Bar No. 1613059)

                1717 Pennsylvania Avenue, N.W.
                Washington, D.C. 20006
                Tel.:  (202) 452-7373
                Fax:  (202) 452-7333
                Email:  jpizzurro@curtis.com
                Email: kmeehan@curtis.com

*Attorneys for Respondent Bolivarian Republic of Venezuela*